AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America

v.

Tyng Jing Yang

)
)
)
)
)
)

Case: 1:22-mj-00254
Assigned To : Harvey, G. Michael
Assign. Date : 11/15/2022
Description: Complaint W/ Arrest Warrant

_Defendant_

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Tyng Jing Yang    ,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment    ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ☒ Complaint
❑ Probation Violation Petition    ❑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds ;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a  Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:    11/15/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.11.15 11:52:45 -05'00'

_Issuing officer's signature_

City and state:    Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge

_Printed name and title_

| Return |
|---|

This warrant was received on _(date)_ 11-15-2022 , and the person was arrested on _(date)_ 11-16-2022
at _(city and state)_ Hoffman Estates, IL .

Date: 11-16-2022

_Arresting officer's signature_

Alex Dehr FBI Special Agent
_Printed name and title_