The Honorable John D. Bates
United States District Court for the District of Columbia
333 Constitution Ave. NW, Washington, DC 20001

January 8, 2024

Dear Judge Bates,

I am a first-generation immigrant and grateful to be accepted as a US citizen. I have been working for Motorola Inc since 2000. A company once produced a 680x0 CPU used by the Apple Macintosh computer. I love my job and work hard to excel in my job to avoid lay-offs so my wife and I can raise our two children. They live happily and do their jobs to contribute to society.

Being a computer geek with guilt of not doing anything for the past 20 years besides typing on the keyboard, I decided to fly to DC to show my support peacefully and patriotically. Even though I was cautious not to be near unlawful or violent activities. In the end I got emotional and made the wrong call by following the crowd and walked into the capitol building.

The bad decision led to the events of pad-searching twice when traveling by airplane, being arrested by the FBI SWAT team, being on the local News, having Reporters' door knocking for an interview with my wife and receiving hate mail in my mailbox. My life changed, I am no longer a law abiding citizen I once proud of.

Trying to help but end up a criminal due to my own bad decision. I am so sorry to my colleagues, family members, friends and finally to my other law abiding American. This embarrassing mistake is a big lesson for the remainder of my life.

Thanks for judging my case, I will accept the punishment you decide.

Sincerely,

*Yang, Tyng-Jing*

Tyng-Jing Yang
110 Maricopa lane
Hoffman Estates, IL, 60169