The Honorable John D. Bates
United States District Court for the District of Columbia
333 Constitution Ave. NW, Washington, DC 20001

Dear Judge Bates,

I am writing to provide a character reference for the defendant, Mr. Tyng-Jing Yang, for the charge of civil disorder to which he is pleading guilty. My name is Ryan Yang, and as his son, I believe I stand to provide intimate context for your consideration of my father's sentencing. I am not only Mr. Yang's son, but I am also a physician and an active duty officer in the United States Army.

I wanted to note my professional roles because when my father was on the capitol grounds, I was actually taking care of COVID patients in William Beaumont hospital at Fort Bliss. I remember receiving an email from the Pentagon that morning condemning the reprehensible actions of the capitol rioters sweeping through the news. Initially, I swelled with pride that our military leadership responded quickly to the force - reminding us of all of our varied backgrounds and our duty to country that bridges the cultural gaps of our diverse nation. However, dread quickly replaced that pride when I remembered my mother had informed me a couple weeks ago that my father planned to attend the Trump support rally. The thought dawned on me that he may be involved with the capitol riots, so I quickly excused myself to call him.

Like many Americans, I felt disbelief, disappointment, and even anger when I learned of the capitol rioters actions. I don't typically feel these emotions in regards to my father, but when I called him that morning to find out he was physically present at the riots, I ended the phone call with these emotions and even continued to argue with my father for several months thereafter. You can understand that between my surgery residency, military obligations, and vastly disparate political sympathies, I had to work quite hard to communicate diplomatically with him.

Whenever I would ask him why he was at the riots, he tells me that he never planned for the event to become violent - he just wanted to show his support to President Trump and that the corrupt media was simply dramatizing the actions of the Trump supporters much like when the media embellished their attacks on Trump's character. Whenever I would ask him how he could support a man as vulgar, chauvinistic, and narcissistic as Donald Trump my father would tell me that Trump represented the courage to stand up to China where he believed the rest of American politicians could not. As a Taiwanese American immigrant and a former Taiwanese marine, my father has strong anti-chinese political convictions. He fears that economic concessions with the Chinese nation reflect an erosion in the strength of the United States and our commitment to politically support Taiwan. He believed that supporting Trump could somehow protect his brothers, sister, and mother in Taiwan from reliving martial law during the White Terror of 1947.

My father's passion for Taiwanese independence stems from his time in service in the Taiwanese marines. In fact, hearing of my father's experiences in the military as a child are in

part why I chose to join the armed forces in suite. Admittedly, my role in the military as a physician vastly differs from my father's duties when he was a marine - however, the sense of duty, honor, and purpose are still at the forefront of my professional priorities. My father taught me to stand up for what I believe in and to defend those values with relentless determination - determination that I saw my father demonstrate time and time again in his twelve years of tireless effort at Motorola to obtain permanent residency through our family's H1b work visa. He never drank, smoke, or gambled - and through several rounds of layoffs and company mergers, my father always strove for professional productivity to support my education. Even as I left Illinois to pursue residency and begin my military career - my father continued to support others pursuing the American dream. He had lent me his moped to get around during medical school and rather than resell it or reclaim it, my father encouraged me to gift the moped to the husband of a friend who had fallen blind in her early 20s in order to help him take care of his ailing wife as she struggled to finish college with the new diagnosis.

Writing this character letter is difficult because while I don't see my father as a menace to society, his offense is clearly documented despite his lack of ill-will or intent. He has expressed his immense sorrow to myself and my mother for the financial burden the legal fees has placed on our family and the shame my father felt watching the FBI detain her husband. My father has undoubtedly committed a crime and my intent in writing this letter is not to ignore that fact - but rather, I hope to convey an idea of the tireless immigrant father that he was and how out of character this event has been in the context of his 23 years of dedicated employment at Motorola since we immigrated to this country. Given the opportunity, I am confident that my father will continue to contribute as a productive member of the American workforce, and that he has learned from this experience that he will not involve himself in violents riots in the future.

Your honor, I appreciate your time and review of my letter. I hope you find the information I provided helpful in considering my father's sentencing, and I look forward to meeting you in court.

Very respectfully,
Captain Ryan Yang, MD