**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Criminal Action No. 23-100 (JDB)** |
| **TYNG JING YANG,** | |
| **Defendant.** | |

## ORDER

Upon consideration of [40] the Probation Office's petition, defendant Yang's waiver of hearing, and the entire record herein, the Court **CONCURS** with the Probation Office's recommendation and **ORDERS** that Mr. Yang's condition of intermittent confinement is modified as follows:

<u>Intermittent Confinement</u> – You must serve a total of 9 days of intermittent confinement, which shall be served over three consecutive weekends, beginning at 8am on Saturday and ending at 8am on Monday, at a facility designated by the Bureau of Prisons. You must follow the rules and regulations of the facility in which you are designated.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: <u>March 13, 2024</u>

1